**SO ORDERED.**

**SIGNED this 20 day of April, 2010.**
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:  Paul E. Harrell
      Patricia A. Harrell

           Debtors.

No. 09-34001
Chapter 13

ORDER ON DEBTOR'S OBJECTION TO CLAIMS OF TCCA AND NORTH
STAR CAPITAL ACQUISITIONS/JEFFERSON CAPITAL SYSTEMS

Upon objection of the Debtors, after notice given to all parties of interest pursuant to E.D. Bankr. LBR 9013-1(h) and no objection having been made;

IT IS ORDERED that the following claims shall be disallowed for distribution purposes for the reasons set forth in the objection to claims heretofore filed:

1.    Claim No. 3, filed as an unsecured claim in the amount of $830.00 by TCCA, PO Box 1503, Morristown, TN 37816.

BK75b

2.      Claim No. 8, filed as an unsecured claim in the amount of $127.20 by North Star Capital Acquisitions LLC; Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-9617.

# # #

APPROVED FOR ENTRY BY:

 /s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for the Debtors
Mostoller, Stulberg, Whitfield & Allen
136 S. Illinois Ave., Suite 104
Oak Ridge, TN  37830
(865) 482-4466